IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPRINTURF, LLC,<br><br>  and<br><br>SPECIALTY SURFACES INTERNATIONAL, INC.<br><br>           Plaintiffs,<br><br>      v.<br><br>UBU SPORTS, INC. and<br>MAUMEE BAY LANDSCAPE<br>CONTRACTORS, LLC d/b/a<br>MAUMEE BAY TURF CENTER,<br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:16-cv-01886-SCJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, the Plaintiffs Sprinturf, LLC and Specialty Surfaces International, Inc., and Defendant Maumee Bay Landscape Contractors, LLC d/b/a Maumee Bay Turf Center (each a "Party" of collectively the "Parties") have fully settled their dispute and have entered into a confidential settlement agreement;

WHEREAS, each Party shall bear its own attorneys' fees and costs;

WHEREAS, the Parties desire to dismiss without prejudice the instant action (including merged Civil Action No. 1:16-cv-01888) AS TO MAUMEE BAY ONLY;

11183958 v1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sprinturf, LLC and Specialty Surfaces International, Inc., and Defendant Maumee Bay Landscape Contractors, LLC d/b/a Maumee Bay Turf Center that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and counterclaims as between Plaintiffs Sprinturf, LLC and Specialty Surfaces International, Inc., and Defendant Maumee Bay Landscape Contractors, LLC d/b/a Maumee Bay Turf Center only in the above-captioned action will be, and hereby are, dismissed WITHOUT prejudice; and each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 3rd day of October, 2017.

| | |
|---|---|
| */s/ John P. Fry* | *s/ Edward Hine, Jr.* |
| John P. Fry | Edward Hine, Jr. |
| Georgia Bar No. 278705 | Georgia Bar No. 355775 |
| jfry@mmmlaw.com | |
| | |
| MORRIS, MANNING & MARTIN, LLP | EDWARD HINE, JR., P.C. |
| 1600 Atlanta Financial Center | 111 Bridgepoint Plaza, Suite 121 |
| 3343 Peachtree Road, NE | P.O. Box 5128 |
| Atlanta, Georgia 30326 | Rome, GA  30162-5128 |
| (404) 233-7000 | Telephone: (706) 291-2531 |
| (404) 365-9532 (fax) | Facsimile: (706) 291-1301 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Maumee Bay Landscape Contractors, LLC* |